EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

Eastern District of Kentucky
FILED

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**_____ DIVISION at _____**

APR 25 2023

AT COVINGTON
Robert R. Carr
CLERK U.S DISTRICT COURT

CIVIL ACTION NO. 23-CV-54-DCR (Court Clerk will supply)

Paula Zelesnik
_____ PLAINTIFF

VS:

Senator Mitch McConnell
President Joe Biden (do not use "et al.",
Campbell County Prosecutor (enter full names) Steve Dasenbrock
Newport PD A Reynolds
GOP Reps Anna Zirkvon + Dave Fischer
Gov Ky Andy Beshear DEFENDANTS
Social Security Administration Florence KY
Representative Greg Landsman District 1 Cincy

Demand for Jury Trial:
Yes (___) No (___)

**I.    Plaintiff:**

A.  Name (list any aliases): Paula Zelesnik

B.  Prisoner ID #: _____   Check one: Convicted _____   Pretrial Detainee _____

C.  Place of present confinement: _____

D.  Address: 249 Main St. Florence KY 41042

**II.   Defendant(s):** (additional defendants may be listed on a separate sheet of paper)

A.  Defendant's Name: Senator Mitch McConnell +
    Title or Position: Steve Dasenbrock
    859.581.8015 Place of Employment: Campbell County Prosecutor

B.  Defendant's Name: President Joe Biden + Rep G.
    Title or Position: Landsman District 1 45202
    Place of Employment: 77 E Market St. Xenia Ohio
                                                          45385

Page 1 of 8

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

C. Defendant's Name: Newport PD  P. Reynolds +
   Title or Position: Hauenstein + Judges Blau & Zalla
   Place of Employment: 330 York St F3 Newport KY 41071
D. Defendant's Name: Sherrod Brown + JD Vance's
   Title or Position: Social Security Administration
   Place of Employment: 7 Youell St. Florence ky 41042
E. Defendant's Name: Joe Deters + Gov Mike DeWine
   Title or Position: GE Aviation  Ted Bushelman Blvd
   Place of Employment: Florence KY @ CVG 41042

## III. Statement of Claim:

Below you should state the **FACTS** of your case. You don't need to make legal arguments or refer to any cases or statutes.

If you wish to allege a number of related claims, write out each claim in a separate numbered paragraph. (If you need more space, you may attach extra sheets).

A. What happened? Explain specifically what each Defendant did or failed to do.

1. Senator Mitch McConnell + Judge Bunning have refused to take responsibility for the F35 that President Joe Biden cancelled near GCJ, MCJ, HCJ + CCJ + Campbell County Jail in 2011. Because of their fake legacy cardiovascular disease, bluff & insurance and heavy handed lobbying they brainwashed WPAFB into Robbing tax-payers of another $4 billion to present and upgrade, AETP, which was recently cancelled March 14, 2023 for an engine that has never gotten off the ground per Congressman Brad Wenstrup @ 1200 Jaybird Rd 45660

for 35 yr old Ohio F35 fraud - DK 4.25. 2023

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

2. Joe Biden's representative at KY SSA told me to 'go back to where I'm from, 3/2, 2023.' I would, except Ultimate Air doesn't fly anymore to Cleveland SSA 44/199 and Maryland refuses to give me a hearing at Lakewood Ohio Social Security Administration per Mr Vann & Mrs Benson, nor at Covey SSA 550 Main St Mr Levine, Mr Cobb + Mr Chen per Mayors Rudolph Wol[...]y, Crowley, Whaley, + Aftab See Federal Lawsuit vs Ohio NFL Sept 2, 2020 Cincinnati Federal Court 100 E 5th St. Cincinnati OH 10 45202

B. When did these events happen?

Middleburg Heights US42N per Ohio-KY US42S bridge Florence #1 TANK bus, changed my initial award $400/mo ssi to $800/mo ssi 3 years after I initially applied @ 550 Main St. Jan 29 2016, the day several airlines aborted take-off with Joe Biden + Mitch McConnell engines on them. I was also denied Social Security disability immediately after GE won a fake lawsuit by corrupt means in Montgomery County Ohio. I am seeking

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

C. Where did these events happen?

1. Columbus Federal Court 43215
2. Ohio Supreme Court 43215
3. Gov's Bldg 77 S High St 43215
4. Cold Spring Ky Baptist Church 41076
5. Cleveland Federal Reserve Bank
6. Cleveland Social Security 44114
   Administration 44199  PJ

D. What rights under the Constitution, federal law, federal regulations, state law, or state regulations do you allege the Defendant(s) violated? State the specific constitutional 4.25.2023 provision or law if you know it.

1. The right to quit jobs and never go back

2. The right to testify against government agencies + institutions, all

PJ 4.25.2023

IV.  **Exhaustion of Administrative Remedies**

A prisoner must complete all steps of the prison's grievance process before filing any lawsuit that relates to prison conditions.

A. **Federal Prisoners** answer the following:

1. Did you file a grievance regarding the facts in this Complaint under Bureau of Prisons regulations? YES (___) NO (___)

2. If so, did you (check **ALL** that apply):
   _____ file a request or appeal to the Warden          _____ date
   _____ appeal to the Regional Director                 _____ date
   _____ appeal to the Office of General Counsel         _____ date

3. **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

NA

Page 4 of 8

N A

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

4.  What was the result? _____
    _____
    _____
    _____

5.  If you did not file a grievance, why not? _____
    _____
    _____
    _____

B.  **State Prisoners** answer the following:

    1.    Did you file a grievance regarding these facts under Kentucky Department of Corrections CPP 14.6 or an appeal of a disciplinary decision to the warden under CPP 15.6?    YES (___)  NO (___)

    2.    If you filed a grievance under CPP 14.6, did you (check **ALL** that apply):

| | | |
|---|---|---|
| _____ file a grievance and seek an informal resolution | _____ | date |
| _____ request a hearing from the Grievance Committee | _____ | date |
| _____ appeal to the Warden | _____ | date |
| _____ appeal to the Commissioner | _____ | date |

        Did you file an appeal of a disciplinary decision to the warden under CPP 15.6?
        YES (___)  NO (___)
                        _____ date

    3.    **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

    4.    What was the result? _____
    _____
    _____
    _____

    5.    If you did not file a grievance, why not?
    _____
    _____
    _____

NA

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

C.    **County or City Prisoners** answer the following:

1.    Is there a grievance/appeal policy at your jail?    YES (__)  NO (__)
2.    **ATTACH** a copy of the grievance/appeal policy to your Complaint, if available. If not, briefly describe the grievance/appeal policy below.

_____

_____

3.  Did you file a grievance regarding these facts?   YES (__)  NO (__)

4.  If you filed a grievance:

a.  What steps did you take to use the grievance process?  _____

_____

_____

_____

b.  What was the result?  _____

_____

c.  If unsuccessful, did you file an appeal?    YES (__)  NO (__)

d.  What was the result?  _____

_____

e.  Did you take any further steps in the grievance process?

YES (__)  NO (__)        NO MORE AVAILABLE (__)

f.  What was the result?  _____

_____

5.  If you did not file a grievance, why not?:  _____

_____

_____

_____

_____

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

## V.   OTHER LAWSUITS

A.    Have you filed any other lawsuit **dealing with the same facts** raised in this action?   YES (✓)   NO (___)

B.    If your answer to question A is **YES**, describe the lawsuit in the space below. If you filed more than one other lawsuit, provide the same information for each other lawsuit on additional sheets of paper.

1. PARTIES:

Plaintiff: _P Zelesnik  vs  GE_

Defendant(s): _Appeal Judge Black_
_19-cv-04050_
_Cincy Federal Court_

2. COURT: (name the district for a federal court, or the county for a state court)

3. CASE NO.: _1:21·mc·0000_ DATE FILED: _____

4. OUTCOME: (is the case still pending?  was it dismissed?  being appealed?)
_P Zeleснik vs Covington ky PD_
_and KOI Alcoholics Anonymum_

5. DATE OF JUDGMENT, DISMISSAL, or APPEAL: _____

C.  List any other lawsuits that you have filed in any state or federal court:

1.  Plaintiff _Zeleснik_ vs. Defendant(s) _University of Dayton_
Court Name: _____   Case No.: _10_
Nature of Claim: _P Zeleснik vs GE_  Date Filed: _F 35_
Outcome: _1:18·cu·00433_   Date: _____

2.  Plaintiff _Zeleснik_ vs. Defendant(s) _us The Ohio State U_
Court Name: _1:2017·209-211_   Case No.: _+ Gov DeWine_
Nature of Claim: _45202_   Date Filed: _____
Outcome: _GE CEO Jeff_   Date: _____
_Immelt was fired by Nancy_
_Pelosi_
_3 mo later_

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

3. Plaintiff _____ vs. Defendant(s) _____

Court Name: _____        Case No.: _____

Nature of Claim: _____    Date Filed: _____

Outcome: _____            Date: _____

## VI.    Relief:

State exactly what you want the Court to do for you.  You don't need to make legal arguments or refer to any cases or statutes, just explain what you want to happen if you prevail on your claim.

*I am seeking $1 billion for false incarceration from the State of Kentucky, Ohio & Indeana in regards to fraud perpetrated by Conefuncal City Hall & the Governor of Kentucky in regards to 35 yrs F136 being chronically grounded*

## VII.   Review this Form

Please take a moment to go back and review your responses to each of the questions. Immediately below you are required to certify under penalty of perjury that the information you have provided in this form is correct to the best of your knowledge, so please make sure that your responses fully and accurately explain your claim.

*P3*

*4.25-2023*

## CERTIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

_____          _____
Signature of Plaintiff      Prison ID#          *4.25-2023*  Date

Plaintiff's Address:  *249 Main St*
*Florence KY 41042*

Page 8 of 8